IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Torregrosa, Luis A | Case Number: 07 B 10040 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 4/22/08 | Filed: 6/5/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: February 20, 2008
Confirmed: September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,331.14 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,009.20 |
| Trustee Fee: |  | 171.77 |
| Other Funds: |  | 150.17 |
| Totals: | 3,331.14 | 3,331.14 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,009.20 | 3,009.20 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 4. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 5,401.92 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 563.05 | 0.00 |
| 8. | Chase Bank | Unsecured | 222.64 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 120.84 | 0.00 |
| 10. | Capital One | Unsecured | 606.60 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 74.94 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 440.88 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,486.93 | 0.00 |
| 14. | Dell Financial Services, Inc | Unsecured | 1,401.24 | 0.00 |
| 15. | GE Consumer Finance | Unsecured | 2,957.25 | 0.00 |
| 16. | Applied Card Bank | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,285.49 | $ 3,009.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 171.77 |
|  | $ 171.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Torregrosa, Luis  A | Case Number:  07 B 10040 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/22/08 | Filed:  6/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

